THE DAVIS SEWING MACHINE COMPANY OF WATERTOWN, N. Y., Respondent, *v.* WILLIAM J. BEST, as Receiver, etc., Appellant.

(Argued December 5, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made November 13, 1888, which affirmed a judgment in favor of plaintiff, entered upon a decision of the court on trial without a jury.

*Delos McCurdy* for appellant.

*Charles D. Wright* for respondent.

Appeal dismissed on argument.